# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Jamal R. Ward,

        Plaintiff,

Case No. 23-10096

v.

Judith E. Levy
United States District Judge

Charles Brotzke, *et al.*,

Mag. Judge Anthony P. Patti

        Defendants.

_____/

## JUDGMENT

For the reasons stated in the order entered on today's date, it is ordered and adjudged that the case is dismissed with prejudice.

                KINIKIA D. ESSIX
                CLERK OF THE COURT

        By:  s/William Barkholz
                DEPUTY COURT CLERK

Date: June 18, 2025

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE